PAUL V. SIMPSON, BAR NO. 83878
SARAH E. LUCAS, BAR NO. 148713
SIMPSON, GARRITY, INNES & JACUZZI
Professional Corporation
601 Gateway Boulevard, Suite 950
South San Francisco, California 94080
Telephone: (650) 615-4860
Fax: (650) 615-4861

Attorneys for Defendants
Baldwin Contracting Company, Inc. dba
Knife River Construction – Northern California
Chico Division and Knife River Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| H. GRIMES<br><br>        Plaintiff,<br><br>    v.<br><br>KNIFE RIVER CONSTRUCTION, KNIFE RIVER CORPORATION, BALDWIN CONTRACTING COMPANY AND DAVE KNAUTH, and DOES 1-10, inclusive,<br><br>        Defendants. | Case No. 13-cv-02225 KJM<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER FOR CONTINUANCE OF HEARING RE: MOTION TO COMPEL FURTHER DISCOVERY** |

# STIPULATION

WHEREAS, the parties to this action have reached a settlement and are currently negotiating the terms of a written settlement agreement;

THEREFORE, Plaintiff Heather Grimes and Defendants Baldwin Contracting Company, Inc. dba Knife River Construction – Northern California Chico Division and Knife River Corporation (collectively "the Knife River Defendants") hereby stipulate and agree to a continuance of the hearing on the Knife River Defendants' the Motion to Compel Further Discovery, now set for August 20, 2014, to **September 3, 2014 at 10:00 a.m**.

Date: August 19, 2014

SIMPSON, GARRITY, INNES & JACUZZI
Professional Corporation

By: /s/ Paul V. Simpson
  PAUL V. SIMPSON, BAR NO. 83878
  SARAH E. LUCAS, BAR NO. 148713
  Attorneys for Defendants
  Baldwin Contracting Company, Inc. dba Knife
  River Construction – Northern California Chico
  Division and Knife River Corporation

Date: August 19 , 2014

LEVY VINICK BURREL HYAMS LLP

By: /s/ Leslie F. Levy
  LESLIE F. LEVY
  Attorneys for Plaintiff
  Heather Grimes

1  **IT IS SO ORDERED.**

2

3

4  **Dated:  August 19, 2014**

    _____
    CRAIG M. KELLISON
    UNITED STATES MAGISTRATE JUDGE